11573.   PARIS *v.* STATE OF GEORGIA.

SMITH, J.   This case is controlled by the decision in *Paris* v. *State*, ante, 707.   *Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.*

DECIDED OCTOBER 13, 1920.

Forfeiture of recognizance; from Taylor superior court — Judge Howard.   April 2, 1920.

*Jere M. Moore,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.